**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ) | |
| ) | NO.    12 B 40532 |
| SANDRA LEE HARTY, ) | |
| ) | JUDGE JANET S. BAER |
| Debtor. ) | |
| ) | Chapter 13 |

**NOTICE OF MOTION**

TO:    See attached service list

PLEASE TAKE NOTICE that I have on this day filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, the attached Motion for Determination of Final Cure and Payment.

PLEASE TAKE FURTHER NOTICE that I will appear before the Honorable Janet S. Baer or any judge sitting in her stead in courtroom  615  of the Dirksen building, 219 South Dearborn Street, Chicago, Illinois on the 21st day of January, 2016 at 9:30 a.m. or as soon thereafter as counsel may be heard.

DATED at Chicago, Illinois this 30th day of December, 2016.

Respectfully submitted,

/s/Adrian E. Mazar
Adrian E. Mazar

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be served a true and correct copy of the above and foregoing Notice of Motion and Motion to the above-named persons by electronic filing and/or by U.S. Mail by depositing same in a U.S. Mail box at 77 W. Washington Street, Chicago, Illinois 60602 on or before 5:00 P.M. on December 30, 2015 with proper postage prepaid.

/s/Adrian E. Mazar
Adrian E. Mazar

Adrian E. Mazar # 6189874
Matek & Mazar, LLC
77 W. Washington, Ste.1313
Chicago, IL. 60602
PH (312) 372-5800
FAX (312) 372-1276
amazar@matekmazarlaw.com

## **SERVICE LIST**

Sandra Lee Harty
7116 W. Armitage Ave.
Chicago, IL 60707
by U.S. Mail

Tom Vaughn
Interim Trustee
55 E. Monroe
Suite 3850
Chicago, IL 60603
by electronic service

Patrick S. Layng
U.S. Bankruptcy Trustee
219 S. Dearborn St.
Room 873
Chicago, IL 60604
by electronic service

Peter C. Bastianen
Codilis & Associates PC
15W030 N. Frontage Rd. Ste. 100
Burr Ridge, IL 60527-6921
Attorneys for Wells Fargo Bank, N.A.
by electronic service and U.S. Mail

Wells Fargo Bank, N.A.
1 Home Campus MAC#X2302 04C
Des Moines, IA 50328
by U.S. Mail

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | NO.    12 B 40532 |
| SANDRA LEE HARTY, ) | |
| ) | JUDGE JANET S. BAER |
| Debtor. ) | |
| ) | Chapter 13 |

### MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT

NOW COMES the Debtor, SANDRA LEE HARTY, by her attorneys, Matek & Mazar, LLC, and moves this Honorable Court pursuant to Fed.R.Bankr.P.3002.1(h) for an Order of Determination of Final Cure and Payment, and in support therefor states as follows:

1. On October 12, 2012, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334 and 157. This is a core proceeding pursuant to 28 U.S.C. §157.

3. On April 4, 2013 this Honorable Court confirmed the Debtor's Chapter 13 Plan.

4. The confirmed Plan required the Debtor to pay to the Trustee mortgage arrears of $115.00, and to make direct mortgage payments to the mortgagee, Wells Fargo Bank, N.A.

5. On or about December 1, 2015 the Chapter 13 Trustee filed a Notice of Final Cure Payment stating that the amount required to cure the default in Wells Fargo Bank, N.A.'s claim has been paid in full. A copy of the Trustee's Notice of Final Cure Payment is attached hereto and incorporated herein by reference as Exhibit "A."

6. On or about December 14, 2015, the Creditor, Wells Fargo Bank, N.A., filed its Response to Notice of Final Cure Payment alleging that the Debtor owes post-petition payments in the total of $7,689.39. A copy of the Creditor's Response to Notice of Final Cure Payment is attached hereto and incorporated herein by reference as Exhibit "B."

7. The Debtor did not pay the indicated mortgage installments for the months of August through December, 2015 due to a mortgage modification plan.

8. The mortgage modification is currently in a trial period. The past due installment payments are included in the modification. A copy of letter from Wells Fargo, N.A. regarding the modification is attached hereto and incorporated herein by reference as Exhibit "C."

9. The Debtor has chosen a 240 month term with plan payments of $611.12 per month. To date, she has paid $1,485.00 in Trial Period Plan Payments, covering the payments for January and February, 2016 and a portion of the March, 2016 payment.

10. Once the Debtor has completed the three payment trial period, she will receive a Loan Modification Agreement.

WHEREFORE, Debtor, SANDRA LEE HARTY, prays that this Honorable Court enter an Order:

A. Finding that the Debtor has cured the default in her mortgage;

B. Finding that the Debtor has cured all post-petition payments, fees, expenses and charges;

C. For such other and further relief as this Honorable Court deems just and necessary.

                Respectfully Submitted,

                /s/Adrian E Mazar
                Adrian E Mazar
                Attorney for Debtor

Adrian E. Mazar # 6189874
Matek & Mazar, LLC
77 W. Washington, Ste.1313
Chicago, IL. 60602
PH (312) 372-5800
FAX (312) 372-1276
mazaresq@sbcglobal.net