## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | NO.   12 B 40532 |
| SANDRA LEE HARTY, ) | |
| ) | JUDGE JANET S. BAER |
| Debtor. ) | |
| ) | Chapter 13 |

### NOTICE OF WITHDRAWAL OF MOTION FOR
### DETERMINATION OF FINAL CURE AND PAYMENT

NOW COMES the Debtor, SANDRA LEE HARTY, by her attorneys, Matek & Mazar, LLC, and files this Notice of Withdrawal of Motion for Determination of Final Cure and Payment, and in support therefor states as follows:

1. On December 30, 2015, Debtor filed the Motion for Determination of Final Cure and Payment [Docket No. 31].

2. The Debtor does not wish to prosecute the Motion at this time and hereby withdraws the Motion without prejudice.

WHEREFORE, Debtor, SANDRA LEE HARTY, requests that the Court and all parties in interest take note that the Motion for Determination of Final Cure and Payment is withdrawn and for general relief.

Respectfully Submitted,

/s/Adrian E Mazar
Adrian E Mazar
Attorney for Debtor

Adrian E. Mazar # 6189874
Matek & Mazar, LLC
77 W. Washington, Ste.1313
Chicago, IL. 60602
PH (312) 372-5800
FAX (312) 372-1276
amazar@matekmazarlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused to be served a true and correct copy of the above and foregoing Notice of Withdrawal of motion to the below-named persons by electronic filing and/or by U.S. Mail by depositing same in a U.S. Mail box at 77 W. Washington Street, Chicago, Illinois 60602 on or before 5:00 P.M. on <u>January 19, 2016</u> with proper postage prepaid.

                              /s/Adrian E. Mazar
                              Adrian E. Mazar

Adrian E. Mazar # 6189874
Matek & Mazar, LLC
77 W. Washington, Ste.1313
Chicago, IL. 60602
PH (312) 372-5800
FAX (312) 372-1276
amazar@matekmazarlaw.com

## **SERVICE LIST**

<u>By Electronic Service:</u>

Tom Vaughn
Interim Trustee
55 E. Monroe
Suite 3850
Chicago, IL 60603

Patrick S. Layng
U.S. Bankruptcy Trustee
219 S. Dearborn St.
Room 873
Chicago, IL 60604

Peter C. Bastianen
Codilis & Associates PC
15W030 N. Frontage Rd. Ste. 100
Burr Ridge, IL 60527-6921
Attorneys for Wells Fargo Bank, N.A.

<u>By U.S. Mail:</u>

Sandra Lee Harty
7116 W. Armitage Ave.
Chicago, IL 60707

Wells Fargo Bank, N.A.
1 Home Campus MAC#X2302 04C
Des Moines, IA 50328